IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BLAIN BRIGANCE                                                    PLAINTIFF

v.                              CIVIL NO. 07-2084

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

## ORDER

On this 19th day of August 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

For reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on July 29, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $906.25, representing 7.25 attorney hours, at the hourly rate of $125.00.

This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 19 2008
CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK